Norman MORRISEY, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 323, 2016

Supreme Court of Delaware.

Submitted: August 8, 2016

Decided: October 10, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID 91006237DI

AFFIRMED.

In the MATTER OF the PETITION
OF Weih Steve CHANG for a
Writ of Mandamus

No. 422, 2016

Supreme Court of Delaware.

Submitted: August 22, 2016

Decided: October 10, 2016

DISMISSED.

IN the MATTER OF the PETITION
OF Shaun E. CARPENTER FOR
A WRIT OF MANDAMUS

No. 373, 2016

Supreme Court of Delaware.

Submitted: August 10, 2016

Decided: October 10, 2016

DISMISSED.